IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



**FILED**

JUN 2 4 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| GUARDIAN DEFENSE, LLC, | CV 20–84–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| FALKOR SID, INC., | |
| Defendant. | |

Plaintiff Guardian Defense, LLC moves for the admission of Anthony G. Simon and Douglas P. Dowd to practice before this Court in this case with David C. Berkoff of Berkhoff Law Firm, P.C. to act as local counsel.   The application appears to be in order.

Accordingly, IT IS ORDERED that Guardian Defense's motions to admit Anthony G. Simon and Douglas P. Dowd pro hac vice (Docs. 4 & 5) are GRANTED on the condition that Simon and Dowd do their own work.   This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally.   Counsel shall take

steps to register in the Court's electronic filing system (CM-ECF).   Further

information is available on the Court's website, www.mtd.uscourts.gov, or from

the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Simon and Dowd within fifteen (15) days of this Order, file separate pleadings

acknowledging their admission under the terms set forth above.

Dated this 24th day of June, 2020.

Dana L. Christensen, District Judge
United States District Court