IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GUARDIAN DEFENSE, LLC, | CV 20–84–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| FALKOR SID, INC., | |
| Defendant. | |

Defendant Falkor SID, Inc. moves for the admission of Michael R. Patrick to practice before this Court in this case with Robert C. Lukes of Garlington, Lohn & Robinson, PLLP to act as local counsel.   The application appears to be in order.

Accordingly, IT IS ORDERED that Falkor SID, Inc.'s motion to admit Michael R. Patrick pro hac vice (Doc. 13) is GRANTED on the condition that Patrick does his own work.   This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system (CM-ECF).   Further information is available on the Court's website,

www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Patrick files a separate pleading acknowledging his admission under the terms set forth above within fifteen days of this Order.

Dated this 24th day of August, 2020.

Dana L. Christensen, District Judge
United States District Court