IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GUARDIAN DEFENSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FALKOR SID, INC.,<br><br>Defendant. | CV 20–84–M–DLC<br><br>ORDER |

Defendant Falkor Sid, Inc., by and through its attorney, moves this Court for the admission of Christopher J. McNamara *pro hac vice* in the above-captioned matter. (Doc. 18.) Mr. Lukes of the firm Garlington, Lohn & Robinson, PLLP represents that he intends to act as local counsel. (*Id.*) The application appears to be in order.

Accordingly, IT IS ORDERED that the Defendant's motion to admit Mr. McNamara *pro hac vice* (Doc. 18) is GRANTED on the condition that Mr. McNamara does his own work. This means that Mr. McNamara must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. McNamara shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the

Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. McNamara files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

Dated this 3rd day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court