IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GUARDIAN DEFENSE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FALKOR SID, INC., <br><br> Defendant. | CV 20–84–M–DLC <br><br><br> ORDER |

    Defendant Falkor SID, Inc. moves this Court for the admission of Mark T. Doerr *pro hac vice* in the above-captioned matter. (Doc. 29). Mr. Lukes intends to act as local counsel. (*Id.*) The application appears to be in order.

    Accordingly, IT IS ORDERED that Falkor SID, Inc.'s motion to admit Mr. Doerr *pro hac vice* (Doc. 29) is GRANTED on the condition that Mr. Doerr does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Doerr shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Doerr files a separate pleading acknowledging his admission under the terms set forth above within fifteen days of this Order.

Dated this 12th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court