IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GUARDIAN DEFENSE, LLC, | CV 20–84–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| FALKOR SID, INC., | |
| Defendant. | |

Before the Court is Plaintiff Guardian Defense, LLC's motion for the admission of Paul J. Tahan *pro hac vice* in the above-captioned matter.   (Doc. 38.) It appears Mr. Berkoff intends to act as local counsel.   (*Id.*)   Mr. Tahan's application complies with the requirements of Local Rule 83.1(d)(3).   (Doc. 38-1.)

Accordingly, IT IS ORDERED that the motion (Doc. 38) is GRANTED on the condition that Mr. Tahan does his own work.   This means that Mr. Tahan must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally.   Mr. Tahan shall take steps to register in the Court's electronic filing system (CM-ECF).   Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Tahan files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

Dated this 10th day of June, 2021.

Dana L. Christensen, District Judge
United States District Court