IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GUARDIAN DEFENSE, LLC, | CV 20–84–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| FALKOR SID, INC., | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 53.) The parties request that this Court dismiss all claims and counterclaims in the above-captioned matter with prejudice and with each party bearing their own costs and fees. (*Id.* at 2.)

Accordingly, IT IS ORDERED that all claims and counterclaims advanced in this case are DISMISSED with prejudice, with each party to bear their own costs and fees. The Clerk of Court is directed to close the case file.

Dated this 5th day of October, 2021.

Dana L. Christensen, District Judge
United States District Court

-1-